*Thursday, January 17, 2002*

## MERIT DOCKET

**01–2213.  State ex rel. E. Galbraith Nursing Homes, Inc. v. Bowman.**

In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon determination pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
DOUGLAS, J., dissents and would grant an alternative writ.